# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00023-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN LITKE,

    Defendant.

---

## MINUTE ORDER[1]

---

On March 22, 2012, the court conducted a telephonic setting conference to set a change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 29, 2012**, commencing at 10:00 a.m., the court shall conduct a change of plea hearing in this matter;

2. That **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F; and

3. That counsel and the defendant shall be present without further notice or order from the court. March 22, 2012.

    Dated: March 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.