**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00023-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN LITKE,

    Defendant.

---

**MINUTE ORDER**[1]

---

On September 6, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **December 14, 2012**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter; and

2. That at this time counsel and the defendant shall be present without further notice or order from the court.

Dated: September 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.